# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARLENE WILLIS, | Case No. CV 24-4155 FMO (JCx) |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE RE: SANCTIONS** |
| COSTCO WHOLESALE CORP., | |
| Defendant. | |

Pursuant to the Court's Order of June 11, 2024, the parties were required to complete a settlement conference before a mediator from the court's ADR Panel no later than December 13, 2024.  (See Dkt. 10, Court's Order of June 11, 2024, at 17).  If the case settled, the parties were required to file a Notice of Settlement no later than 24 hours after the settlement.  (See id.).  Otherwise, the parties were required to file a Status Report Re: Settlement no later than 48 hours after the settlement conference was complete.  (See id.).  On December 18, 2024, the court issued an Order to Show Cause Re: Sanctions or Dismissal after the parties failed to file a Notice of Settlement or Status Report.  (Dkt. 13, Court's Order of December 18, 2024).  The order required the parties to show cause by no later than December 23, 2024, why sanctions should not be imposed for failure to comply with the Court's Order of June 11, 2024.  (See id.).  As of the date of this Order, the parties have not responded to the Order to Show Cause.  (See, generally, Dkt.).

1  Based on the foregoing, IT IS ORDERED THAT on **January 16, 2025, at 10:00 a.m.** in Courtroom 6D of the First Street Courthouse, 350 W. 1st Street, Los Angeles, CA 90012, plaintiff Darlene Willis, plaintiff's counsel, a corporate representative for defendant Costco, and lead defense counsel shall show cause why sanctions should not be imposed for failure to comply with orders of the Court. Failure of any party or counsel to appear at the order to show cause hearing shall result in the imposition of sanctions, including, but not limited to, the dismissal of the action for failure to prosecute.

Dated this 7th day of January, 2025.

                                                   /s/
                               Fernando M. Olguin
                           United States District Judge