# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARLENE WILLIS, | Case No.  2:24-cv-04155 FMO(JCx) |
| Plaintiff, | |
| vs. | **ORDER RE: STIPULATION [16] FOR DISMISSAL** |
| COSTCO WHOLESALE CORP., and DOES 1-10, | |
| Defendants. | State Action filed:  10/19/2021 |

Upon consideration of the Stipulation for Dismissal submitted by plaintiff, DARLENE WILLIS, and defendant COSTCO WHOLESALE CORPORATION.

IT IS HEREBY ORDERED that the above-entitled action is dismissed **with prejudice** in its entirety.

Dated:  January 9, 2025

By:_____/s/_____
Honorable Fernando M. Olguin
United States District Judge